FILED

Clinton Green Sr.
653 Glendale Lane
Orange Park, Florida 32065
904-428-9400
Plaintiff

2023 MAY -4  PM 12: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

-vs-

Daniel I. Werfel
1500 Pennsylvania Avenue
Washington, D.C. 20220
Defendant

# COMPLAINT FOR A CIVIL CASE

I. Parties to this complaint
(A) Plaintiff
Clinton Green Senior
653 Glendale Lane
Orange Park, Florida 32065
905-428-9400
Sponnieg41@gmail.com

(B) Daniel I. Werfel
Commissioner, INTERNAL REVENUE SERVICE
Or His Replacement In Office
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220
1-877-777-4778

II. **Basis for Jurisdiction: Diversity of Citizenship**

1. The basis for Jurisdiction is Diversity of Under 28 U.S.C. SS 1332, this case finds both Plaintiff and Defendant living in different states.

1

Plaintiff

Clinton Green Sr.
653 Glendale Lane
Orange Park, Florida 32065
904-428-9400
Sponnieg41@gmail.com

Defendant

Daniel I. Werfel
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220
1-877-777-4778

2. The amount in controversy is $14,000,000,000 (14 Billion Dollars) an un-amount of (so called) income tax money, plus interest on said money tabulated in the exact manner charged (so-called) legal taxpayers at this time and the sum total of all legal fees associated with this action.

III. **STATEMENT of CLAIM**

Former I.R.S. Acting Commissioner Rettig verified that the human surrogate for the corporation known as the I.R.S. is responsible for all corporate expenditures. Acting Commissioner Rettig by defaulting on the affidavit bearing the Case # 3-21-506-MCH-MCR and failing to provide the requested information that the monetary amount spoken of in said affidavit (13 Billion dollars) is agreed to. Additionally, the Acting Commissioner agreed that If a challenge occurred, he agreed to an additional 1 Billion dollar penalty. The U.S. Department of JUSTICE (on his behalf) attempted to get this action dismissed Therefore, $14,000,000,000 (14, Billion Dollars) is the amount of claim.

IV. **Relief**

With the utmost respect and gratitude, Plaintiff Clinton Green Sr. humbly request this Honorable Tribunal grant an order demanding

Defendant, I.R.S. Commissioner Daniel I. Werfel pay the amount sought by Plaintiff Clinton Green Sr. previously agreed to by his predecessor in affidavit. That affidavit should be filed by the corporation. Plaintiff also stipulate that all averments found in the affidavit adhered to.

V. **CERTITICATION AND CLOSING**

Under Federal Rules Of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint : (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needless increase in the cost of litigation; (2) is supported by existing laws or a non-frivolous argument for extending, modifying, or reversing the existing law; (3) the factual content have evidentiary support or if specifically identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery; (4) the complaint otherwise complies with the requirements of Rule 11.

I Clinton Green agree to provide the clerk's office with any change of address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case.

Respectfully: _____  Date: 05/03/2023
Clinton Green Senior
653 Glendale Lane
Orange Park, Florida 32065
904-428-9400
Sponnieg41@gmail.com

1. Sworn to (or affirmed) and submitted before me this 3 Day of May, 2023.
2. ____ personally known or X produce identification—type ID FL.D.L.

STATE OF FLORIDA
COUNTY OF DUVAL
The foregoing instrument was acknowledged before me this 3 day of MAY 20 23 by means of ☒ Physical Presence OR ☐ Online Notarization
By CLINTON GREEN
(Name of Affiant) (Seal)
DESTINY WILSON
(Signature of Florida Notary Public)
DESTINY WILSON
(Print name of Notary Public)
☐ Personally Known OR ☒ Produced Identification
Type of identification Produced FL.D.L.

DESTINY WILSON
Commission # HH 015091
Expires June 28, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

3