UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-535-BJD-MCR

Clinton Green Sr.
653 Glendale Lane
Orange Park, Fl. 32065
904-428-9400
    Plaintiff

v.

Daniel I. Werfel I.R.S. Commissioner
Or His Replacement In Office
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220
    Defendant

The Honorable Merrick Garland
UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

## MOTION REQUESTING JUDGEMENT BY DEFAULT

If it please the Court, plaintiff respectfully request judgement by default as outlined in form AO 440 (Rev. 06/12) Summons in a Civil Action dated May 4, 2023. Proof of service was filed with the Court related to this Summons for a Civil Action. Default will have occurred approximately Jan. 31, 2024, for a government entity.

The last paragraph of this form states, "If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court." Failure without penalty was not an option.

To date, I have received no response in the form of an answer or motion from Respondent's. It is my understanding that the court has given warning and notice of

pending action (to the respondents) if it's (the Courts) instructions are not followed.

 Affiant Clinton Green formally and respectfully requests the court follow through on its unambiguous statement and warning and issue a judgement by default in favor of plaintiff Clinton Green Sr..

Respectfully submitted by;

Clinton Green Sr.
653 Glendale Lane, Orange Park, Florida 32065
1-904-428-9400
E-mail.. sponnieg41@gmail.com

On This 11th Day of August 2024, before me the undersigned Notary Public in the state of Florida, Appeared Clinton Green Senior ( ) Personally known to me or ( ) proved to me to be on the basis of satisfactory evidence, to be the person whose signature appears on this instrument and acknowledges to me that he executed it.

Signed by: Clinton Green Sr. _____

653 Glendale Lane

Orange Park, Florida 32065

904-428-9400

sponnieg41@gmail.com

Witnessed by my hand and official seal:

/s/ _____



CLARA E. SCULLY
Commission # HH 424127
Expires November 20, 2027



STATE OF FLORIDA Clay
COUNTY OF _____
The foregoing instrument was acknowledged before me this 11 day of June 20 24 by means of ☑ Physical Presence OR ☐ Online Notarization
By Clinton Green
(Name of Affiant)
_____ (Seal)
(Signature of Florida Notary Public)
Clara E Sully
(Print name of Notary Public)
☐ Personally Known OR ☑ Produced Identification
Type of identification Produced F650-100-41-307-0

CERTIFICATE OF SERVICE                                      June 12, 2024

      I Clinton Green Sr. Certify that a document titled

"MOTION REQUESTING JUDGEMENT BY DEFAULT"

has been mailed to the following individuals via USPS certified mail to...

The Honorable Merrick Garland
UNITED STATE ATTORNEY GENERAL
USPS Receipt number 7022 3330 0000 7838 9236

Daniel I. Werfel
I.R.S. COMMISSIONER
USPS Receipt number 7022 3330 0000 7838 9229

Roger B. Handberg
United States Attorney
USPS Receipt Number 7022 3330 0000 7838 9350

Date of mailing...June 13, 2024, respectfully submitted by;

Clinton Green Sr.
653 Glendale Lane, Orange Park, Florida 32065
1-904-428-9400
E-mail.. sponnieg41@gmail.com

On This 11th Day of August 2024, before me the undersigned Notary Public in the state of

Florida, Appeared Clinton Green Senior ( ) Personally known to me or ( ) proved to me to be on

the basis of satisfactory evidence, to be the person whose signature appears on this instrument

and acknowledges to me that he executed it.

Signed by: Clinton Green Sr. _____

653 Glendale Lane

Orange Park, Florida 32065

904-428-9400

sponnieg41@gmail.com



